**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald L Jackson, | No. CV-18-02914-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Microchip Technology Incorporated, et al., | |
| Defendants. | |

The parties filed a notice of settlement and a motion to stay the remaining case management deadlines. Good cause appearing,

**IT IS ORDERED** the Motion to Stay (Doc. 92) is **GRANTED**. The remaining deadlines in the Rule 16 Scheduling Order (Doc. 79), including deadlines to serve rebuttal expert reports (February 11, 2022), file and serve pre-trial disclosures (March 11, 2022), complete discovery (April 22, 2022), prepare and file a joint status report (April 20, 2022), and file dispositive and *Daubert* motions (May 20, 2022), are **VACATED**.

**IT IS FURTHER ORDERED** the status conference set for **April 27, 2022**, is **VACATED**.

…

…

…

…

…

**IT IS FURTHER ORDERED** the parties shall file the stipulation of settlement no later than **March 7, 2022**. Lead Plaintiff shall file that same date a motion for preliminary approval of the settlement, approval of form and manner of notice of the settlement to class members, and establishment of a schedule for final approval of the proposed settlement.

Dated this 7th day of February, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge