# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald L Jackson, | No. CV-18-02914-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Microchip Technology Incorporated, et al., | |
| Defendants. | |

At a hearing on June 22, 2022 (the "Settlement Hearing"), the Court addressed whether to approve the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement in this case (the "Action"). The Court has considered all matters submitted to it at the Settlement Hearing and otherwise, including the form of notice provided to Class Members and the fairness and reasonableness of the proposed Plan of Allocation.

Accordingly,

**IT IS ORDERED** the Motion for Final Approval of Class Action Settlement and Plan of Allocation (Doc. 96) is **GRANTED** as follows:

1. This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated March 7, 2022 (Doc. 94-1) (the "Stipulation"), and all terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Action and all parties to the Action, including all Class Members.

3. Notice of Lead Plaintiff's motion for approval of the proposed Plan of Allocation was given to all Class Members who could be identified with reasonable effort. The form and method of notifying the Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(a)(7)), due process, and all other applicable law and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4. Copies of the Postcard Settlement Notice, which contained summary information on the Settlement and directed Class Members to the Settlement Website and the Longform Settlement Notice for more information concerning the Settlement, were mailed to over 188,658 potential Class Members and nominees.  The Settlement Website contained downloadable copies of the Longform Settlement Notice, which contained the Plan of Allocation, and Lead Plaintiff's motion for approval of the proposed Plan of Allocation.

5. There are no objections to the Plan of Allocation.

6. The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation distributed to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Class Members with due consideration having been given to administrative convenience and necessity.

7. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Class. Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiff.

8. Any appeal or any challenge affecting this Court's approval of the Plan of Allocation shall in no way disturb or affect the finality of the Final Judgment.

9. Exclusive jurisdiction is hereby retained over the parties and the Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Stipulation and this Order.

10. In the event that the Settlement is terminated or the Effective Date of the Settlement otherwise fails to occur, this Order shall be rendered null and void to the extent provided by the Stipulation.

Dated this 27th day of June, 2022.

_____
Honorable Roslyn O. Silver
Senior United States District Judge